IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JERRY LEE LEWIS,

    Plaintiff,          ORDER

  v.                13-cv-457-bbc

JEROME SWEENEY, *et al.*,

    Defendants.

---

  Pro se prisoner Jerry Lee Lewis is proceeding on a claim that various prison officials violated his rights under the Eighth Amendment by using painful restraints on him from March 2012 to May 2012 even though less painful alternatives were available. On December 2, 2013, the court held a preliminary pretrial conference to set a case schedule and provide information to the parties about the court's procedures. Dkt. 21.

  Now plaintiff has filed a one-page document in which he says that he has "numerous questions that need clarifying from this court dealing with the court instructions plaintiff is to follow." Dkt. 29. However, he does not identify what any of those questions are and he does not explain why he did not raise any of his questions during the conference.

  In any event, the court's schedule does not allow for additional conferences each time a party has a question, so I am denying his motion. If plaintiff wants more guidance, he is free to submit his questions to the court in writing.

  Entered this 12th day of March, 2014.

                BY THE COURT:

                /s/

                STEPHEN L. CROCKER
                Magistrate Judge